# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CATHOLIC HEALTH INITIATIVES et al. )<br>)<br>    Appellants, )<br>)<br>v. )<br>)<br>KATHLEEN SEBELIUS, Secretary, )<br>    United States Department of )<br>    Health and Human Services )<br>)<br>    Appellee. )<br>_____) | Case No. 09-5377 |

## APPELLANTS' STATEMENT OF ISSUES TO BE RAISED

Pursuant to this Court's order dated October 29, 2009, Appellants provide the following preliminary statement of the issues to be raised in this case:

1) Whether the district court erred in upholding the Secretary's denial of Medicare reimbursement for premium expenses incurred by Appellants for liability insurance purchased from their captive insurer, because the Secretary's denial is in excess of statutory authority, and is otherwise inconsistent with the Medicare statute and regulations governing reasonable cost reimbursement and this Court's decision in Memorial Hospital/Adair County Health Center, Inc. v. Bowen, 829 F.2d 111 (D.C. Cir. 1987).

2) Whether the district court erred in upholding the Secretary's denial of Medicare reimbursement for premium expenses incurred by Appellants for insurance

purchased from their captive insurer because the Secretary's denial is not based upon substantial evidence in the record and is otherwise arbitrary and capricious.

3) Whether the district court erred in denying Appellants' alternative claim that, if the disallowance of Appellants' premium expenses incurred for the periods at issue was reasonable, then Appellants should be reimbursed for the actual liability claims paid during the time periods at issue.

                                      Respectfully submitted,

                                      /s/ Christopher L. Keough
                                      Christopher L. Keough
                                        DC Bar No. 436567
                                      KING & SPALDING, L.L.P.
                                      1700 Pennsylvania Avenue, N.W.
                                      Suite 200
                                      Washington, D.C. 20006-4706
                                      (202) 737-0500 (phone)
                                      (202) 626-3737 (fax)

Dated: November 24, 2009

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November 2009, I served the foregoing Appellants' Statement of Issues To Be Raised electronically upon opposing counsel shown below:

> R. Craig Lawrence
> U.S. Attorney's Office
> (USA) Civil Division
> 555 4th Street, NW
> Washington, D.C. 20530
> Firm: (202)-514-7159
> Email: craig.lawrence@usdoj.gov

> /s/ Christopher L. Keough
> Christopher L. Keough
> Attorney for Appellants