# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Catholic Health Initiatives et al.

v.

Kathleen Sebelius

**Case No:** 09-5377

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- ( • ) Appellant(s)/Petitioner(s)
- ( ) Appellee(s)/Respondent(s)
- ( ) Intervenor(s)
- ( ) Amicus Curiae

A list of the Appellants is attached to this form.

**Names of Parties**　　　　**Names of Parties**

### Counsel Information

**Lead Counsel:** Paul D. Clement

**Direct Phone:** (202) 626-5540　**Fax:** (202) 626-3737　**Email:** pclement@kslaw.com

**2nd Counsel:**

**Direct Phone:** (   )　**Fax:** (   )　**Email:**

**3rd Counsel:**

**Direct Phone:** (   ) -　**Fax:** (   ) -　**Email:**

**Firm Name:** King & Spalding LLP

**Firm Address:** 1700 Pennsylvania Avenue, NW, Washington, DC  20006-4706

**Firm Phone:** (202) 737-0500　**Fax:** (202) 626-3737　**Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

# LIST OF APPELLANTS

Catholic Health Initiatives

St. Anthony's Medical Center

St. Vincent Infirmary Medical Center

St. Vincent Medical Center North

St. Mary-Corwin Medical Center

Mercy Regional Medical Center of Durango

St. Anthony Central Hospital

St. Thomas More Hospital

Penrose/St. Francis Health Services

St. Anthony North Hospital

Mercy Medical Center, Nampa

Mercy Medical Center - Des Moines

St. Catherine Hospital

Central Kansas Medical Center

St. John's Maude Norton Memorial Hospital

St. Joseph Hospital

Saint Joseph London f/k/a Marymount Medical Center

Saint Joseph Martin f/k/a Our Lady of the Way Hospital

Sts. Mary & Elizabeth Hospital f/ka Caritas Medical Center

Our Lady of Peace f/k/a Caritas Peace Center

St. Joseph Medical Center, Inc.

St. Francis Healthcare Campus

Lakewood Health Center

St. John's Regional Medical Center

Good Samaritan Hospital, Kearney Nebraska

Saint Elizabeth Regional Medical Center

Saint Francis Medical Center

St. Mary's Community Hospital

Richard H. Young Hospital

St. Joseph Medical Center

St. Joseph Northeast Heights Hospital

St. Joseph West Mesa Hospital

St. Joseph Rehabilitation Hospital

St. Joseph's Hospital and Health Center

Mercy Hospital of Valley City

Oakes Community Hospital

Mercy Medical Center

Mercy Hospital of Devil's Lake

Carrington Health Center

The Good Samaritan Hospital of Cincinnati, Ohio

St. Elizabeth Health Services, Inc.

Mercy Medical Center, Inc.

Holy Rosary Medical Center

St. Anthony Hospital

St. Joseph Hospital

St. Joseph Medical Center

St. Mary's Healthcare Center of Pierre, S.D.

Memorial Hospital

St. Clare Hospital

St. Joseph Medical Center

St. Francis Hospital

Franciscan Villa

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2010, I served the foregoing Entry of Appearance electronically upon opposing counsel shown below:

>Dana L. Kaersvang
>U.S. Department of Justice
>(DOJ) Civil Division, Appellate Staff
>Room 7230
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>Firm: 202-514-5000
>Email: Dana.L.Kaersvang@usdoj.gov

>R. Craig Lawrence
>U.S. Attorney's Office
>(USA) Civil Division
>555 4th Street, NW
>Washington, D.C. 20530
>Firm: 202-514-7159
>Email: craig.lawrence@usdoj.gov

>Michael S. Raab
>U.S. Department of Justice
>(DOJ) Civil Division, Appellate Staff
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>Firm: 202-514-5000
>Email: michael.raab@usdoj.gov

/s/ Paul D. Clement
Paul D. Clement
Attorney for Appellants